**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Terrance Jenkins, <br><br> Plaintiff, <br><br> v. <br><br> Jo Anne B. Barnhart, Commissioner, Social Security Administration, <br><br> Defendant. | No CIV 05-3645-PHX-DKD <br> **ORDER** |

The Court, having considered defendant's Motion for Enlargement of Time Within Which to File A Response to Plaintiff's Motion for Summary Judgment (First Request) and good cause appearing,

IT IS ORDERED granting defendant's motion and extending the time within which defendant may respond to Plaintiff's Motion for Summary Judgment to and including the 7th day of June 2006.

DATED this 28th day of April, 2006.

David K. Duncan
United States Magistrate Judge